22 F.3d 303
 Strunk (Leonard M., Betty R.)
v.
Hutton (Hon. Herbert J.), U.S. District Judge for Eastern
District of Pennsylvania, Fallowfield Development Corp.,
E.J. Callaghan & Co., Inc., Bryn Mawr Trust Company;
Fallowfield Development Corp., E.J. Callaghan Co., Inc. v.
Strunk (Leonard M., Betty R.) v. Bryn Mawr Trust Co. (Two
Cases); Strunk (Betty R., Leonard M.) v. Bryn Mawr Trust Co.
v. Callaghan (Edward J., Sr.), E.J. Callaghan & Co., Inc.,
Fallowfield Development Corp., Jefferson
 NOS. 93-1507, 93-1794
 United States Court of Appeals,
Third Circuit.
 Mar 18, 1994
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 REMANDED; MANDAMUS DISMISSED.